**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEIGH HOLLAND** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TEXAS CHRISTIAN UNIVERSITY** | § | **CIVIL ACTION NO.: 4:24-cv-00289-O** |
| | § | |
| | § | |
| ***Defendant.*** | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Plaintiff, Leigh Holland ("Holland" or "Plaintiff"), designates the following Expert Witnesses:

1. W. D. Masterson
Kilgore & Kilgore, PLLC
3141 Hood Street, Suite 500
Dallas, Texas 75219

   Anticipated testimony: Mr. Masterson will have knowledge regarding the reasonableness and necessity of attorney's fees, costs and expenses claimed in this proceeding. He will also testify in rebuttal to Defendants' attorney's fees, expenses and costs. Mr. Masterson's report is attached as Exhibit A hereto.

2. Plaintiff may also call any expert witnesses designated by Defendants not previously disclosed. Plaintiff cross-designates and reserves the right to call as a witness any person designated as an expert witness by Defendants, and/or any person called by Defendants at the final hearing of this matter. Plaintiff further reserves the right to call any rebuttal witnesses Plaintiff deems necessary and/or as allowed by the applicable rules governing this proceeding.

Respectfully Submitted,

**KILGORE & KILGORE, PLLC**

By: W. D. Masterson

W.D. Masterson-Attorney in Charge
S. D. Tex. No. 23327
SBN: 13184000
wdm@kilgorelaw.com
3141 Hood Street, Suite 500
Dallas, Texas 75219
(214) 969-9099 - Telephone
(214) 953-0133 - Facsimile

**ATTORNEYS FOR PLAINTIFF,**
**LEIGH HOLLAND**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on Defendant's counsel of record via E-Mail, on this 21st day of October, 2024.

Molly Ann Lawrence
OGLETREE, DEAKINS
8117 Preston Road, Suite 500
Dallas, TX 75225
mollyann.lawrence@ogletree.com

W. D. Masterson
W. D. Masterson

**EXPERT REPORT**

My name is W. D. Masterson. I am a practicing attorney and Manager of Kilgore & Kilgore, PLLC, 3141 Hood Street, Suite 500, Dallas, Texas 75219.

I am furnishing this report as an expert witness in Civil Action No. **4:24-cv-00289-O** styled "Leigh Holland v. Texas Christian University" pending in the U.S. District Court, Northern District of Texas, Fort Worth Division.

The subject matter of my testimony is reasonable attorneys' fees for the services of Plaintiff's attorneys in this case.

I have been licensed to practice law in Texas since 1956. My practice consists of antitrust law, oil and gas law, shareholder law, corporate litigation, employment law and general corporate law. My biographical data are attached as Exhibit A hereto.

The case at bar required hiring attorneys. Kilgore & Kilgore was employed to prosecute claims of Plaintiff in the case at bar. I am familiar with what reasonable attorneys' fees are in and around major metropolitan areas in Texas. I have reviewed, worked on, and am familiar with the case at bar.

In expressing opinions as to reasonable attorneys' fees, including contingent fees, I will consider the following documents and factors, to the extent applicable and available:

1. Billing statements of counsel.
2. All documents showing activities of counsel in prosecuting separate claims or asserting separate defenses.
3. All documents showing how counsel has segregated or sought to segregate activities performed between recoverable and non-recoverable claims or between activities performed in relation to the different parties to this lawsuit, or separate defenses.
4. All documents showing the dollar amount of reasonable and necessary recoverable attorneys' fees.
5. All documents showing billing rate information.
6. All documents showing time records.
7. All documents showing time spent information.
8. All documents showing information on tasks conducted.

9. All documents showing fee agreements.

10. All documents showing alleged billing or summary time records.

11. All documents showing 1) the likelihood that the acceptance of the particular employment will preclude other employment; 2) the amount involved and/or the results obtained; 3) the time limitations imposed by the client or by the circumstances; and 4) the time and length of the professional relationship with the client.

Based on foregoing factors, the current number of and experience of the attorneys involved, and the complexity of the case, I will testify as to a reasonable attorney's fee for the case at bar, including contingent fees. I may refer to Kilgore and Kilgore, PLLC's summary time records as one of the bases for such testimony. I will testify that the contingent fees specified in the contingent fee agreement in this case are reasonable and necessary.

I have testified as an expert witness on legal fees in the following cases:

Cause No. 93-12827-L, "The Wiser Oil Company v. Indigo Oil, Inc. and Jeffrey J. Brown" in the 193rd District Court of Dallas County, Texas

Cause No. 95-08787-B, "Catherine A. Berdis v. Service Today Management Company and Irv Katz," in the 44th District Court of Dallas County, Texas.

Cause No. CA3-88-3185-X, "Banc One Capital Partners Corporation, et al. v. Richard K. Kniepper, et al." in the United States District Court for the Northern District of Texas, Dallas Division.

Cause No. 97-04566-A, "Robin G. Callaway v. Centex Corporation and Raymond G. Smerge" in the 14th Judicial District Court, Dallas, Texas.

Cause No. DV 99-07106, "Patricia E. Vincent and James R. Vincent v. Bank of America, N.A." in the 68th Judicial District Court, Dallas, Texas.

Cause No. 07-02297, "Bruce and Teresa Badgett v. AdvoCare International, L.P." in the 191st Judicial District Court, Dallas, Texas.

Cause No. 06-11122, "Bradshaw, et al v. AdvoCare International, L.P." in the 298th Judicial District Court, Dallas, Texas.

Civil Action No. 3:04 CV 1352-L; "Pamela Storaci v. Retractable Technologies, Inc.," before the Burdin Mediations Arbitration Panel, Dallas, Texas.

Civil Action No. 3:04-CV-872-B; "Family Medicine Specialist and Howard Kalnitsky, Individually and on Behalf of all Other Similarly Situated v. Abatix Corp., Terry Shaver, Frank Cinatil, IV and Gary Cox," in the United District Court for the Northern District of Texas, Dallas Division, Dallas, Texas.

I may have testified as an expert in other cases which I do not presently recall, since Kilgore & Kilgore, PLLC does not maintain separate records of such testimony.

I have general knowledge of facts sufficient to support these opinions including testimony and documents produced in this case.

W. D. Masterson

W. D. Masterson

**EXHIBIT A**

W. D. Masterson was admitted to the State Bar of Texas in 1956. Following his admission he joined the firm of Kilgore & Kilgore, PLLC. (the "Firm"). He has practiced with the Firm continually since 1956 to date, and presently serves as Manager of the Firm. He holds a B.A. Degree from Southern Methodist University, a J.D. Degree from SMU School of Law, and a Master of Science Degree from the University of Texas at Dallas. He is a member of Phi Beta Kappa, and served as an associate editor of the Southwestern Law Journal. He has practiced law in Dallas for over sixty-five (65) years, with emphasis on litigation in both the state and federal courts, including numerous securities fraud class action suits, antitrust suits and corporate suits. His practice also emphasizes oil and gas law, general corporate law and employment law.