**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEIGH HOLLAND** | **§** | |
| | **§** | |
| **Plaintiff,** | **§** | |
| | **§** | |
| **v.** | **§** | **CIVIL ACTION NO. 4:24-cv-00289-O** |
| | **§** | |
| **TEXAS CHRISTIAN UNIVERSITY** | **§** | |
| | **§** | |
| **Defendant.** | **§** | |

**DEFENDANT'S EXPEDITED MOTION TO COMPEL DISCOVERY, REQUEST FOR SANCTIONS, AND REQUEST FOR ATTORNEYS' FEES**

Defendant Texas Christian University ("TCU") files this Expedited Motion to Compel Discovery, Request for Sanctions, and Request for Attorneys' Fees in the above-styled and numbered cause. TCU respectfully requests the Motion to Compel and related issues be set on an expedited briefing schedule due to approaching case deadlines, including the close of discovery (December 20, 2024) and the deadline to file dispositive motions (January 20, 2025). [Dkt. 11.]

As set forth more fully in the accompanying brief, this is an employment case brought by a former employee alleging interference and discrimination/retaliation in violation of the Family and Medical Leave Act of 1993. TCU seeks to compel Plaintiff Leigh Holland ("Plaintiff") to respond fully to TCU's discovery requests pertaining to her alleged serious health condition, her alleged damages, and other allegations at issue in this case. TCU also seeks an order prohibiting Plaintiff from benefitting from her failure to produce certain properly requested, discoverable information in a timely manner, thereby prejudicing TCU and running afoul of the Federal Rules of Civil Procedure. TCU requests recoupment of its attorneys' fees incurred in preparing and filing this Motion. TCU reserves the right to seek further relief related to Plaintiff's outstanding discovery information as appropriate in the future.

WHEREFORE, PREMISES CONSIDERED, Defendant TCU respectfully prays that this Court grant this Motion and the relief requested.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Molly Ann Lawrence*
Eva W. Turner, Texas Bar No. 24051485
eva.turner@ogletree.com
Molly Ann Lawrence, Texas Bar No. 24083365
mollyann.lawrence@ogletree.com
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

The undersigned conferred with Plaintiff's counsel, W.D. Masterson, regarding the discovery issues raised in this Motion through email correspondence on several occasions, including July 29, 2024, Aug. 9, 2024, Oct. 22, 2024, Oct. 25, 2024, Oct. 29, 2024, and Dec. 11, 2024. Most recently, on Dec. 11, 2024, the undersigned informed Mr. Masterson that TCU would file a discovery-related motion seeking the relief now requested herein. Plaintiff has failed to resolve any of the issues discussed herein and did not respond regarding opposition to this Motion within the deadline requested or since. Accordingly, an agreement could not be reached and the motion is presumed opposed.

*/s/ Molly Ann Lawrence*
MOLLY ANN LAWRENCE

## CERTIFICATE OF SERVICE

I hereby certify that on Dec. 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice to the parties' counsel of record.

*/s/ Molly Ann Lawrence*
MOLLY ANN LAWRENCE