**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEIGH HOLLAND** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TEXAS CHRISTIAN UNIVERSITY** | § | **CIVIL ACTION NO.: 4:24-cv-00289-O** |
| | § | |
| | § | |
| ***Defendant.*** | § | |

## APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Leigh Holland ("Plaintiff") hereby files this Appendix in Support of Plaintiff's Motion for Summary Judgment.

| **Exhibit No.** | **Description** | **Page No.** |
|---|---|---|
| **1.** | Unum Approval for FMLA leave from February 17, 2023 – May 1, 2023 | PApp 3-10 |
| **2.** | Emails from Plaintiff's supervisor, Sharon Gooding dated March 2, 2023, and February 28, 2023, and Plaintiff's responses dated February 27, 2023, and March 1, 2023. | PApp 11-13 |
| **3.** | Unum document stating that as of April 30, 2023, Plaintiff still had 1.8500 weeks of FMLA remaining. | PApp 14-15 |
| **4.** | Dallas College paystub and 2023 W-2 from Navarro College | PApp 16-17 |
| **5.** | Plaintiff's resume | PApp 19-21 |
| **6.** | Letter from TCU stating Plaintiff's salary starting June 1, 2023. | PApp 22-23 |
| **7.** | Plaintiff's Declaration | PApp 24-30 |
| **8.** | FMLA Statute | PApp 31-63 |

Respectfully submitted,

**KILGORE & KILGORE, PLLC**

By: *W. D. Masterson*

**W. D. MASTERSON**
State Bar No. 13184000
3141 Hood Street, Suite 500
Dallas, Texas 75219
214-969-9099 - Telephone
214-953-0133 – Facsimile
wdm@kilgorelaw.com

**ATTORNEY FOR PLAINTIFF**
**LEIGH HOLLAND**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on Defendant's counsel of record via E-File and/or email, on this 19th day of December, 2024:

Eva W. Turner
OGLETREE, DEAKINS
8117 Preston Road, Suite 500
Dallas, TX 75225
eva.turner@ogletree.com

Molly Ann Lawrence
OGLETREE, DEAKINS
8117 Preston Road, Suite 500
Dallas, TX 75225
mollyann.lawrence@ogletree.com

*W. D. Masterson*
W. D. Masterson