March 31, 2023

Unum
Absence Management Center
Unum
P.O. Box 100158
Columbia, SC 29202-3158

PHONE: 1-866-868-6737
FAX: 1-423-702-3895

PLAINTIFF'S EXHIBIT 1

LEIGH P HOLLAND
1169 NORTH BURLESON BOULEVARD
STE 107
BURLESON TX 76028-8458

FOR:
LEIGH P HOLLAND

CLAIM #:
NTN-77333-GDC-02

POLICY #:
00909236
Unum Life Insurance Company of America

Manage your absence online at anytime. Log in or register at: portal.unum.com

Thank you for providing information needed for Unum to evaluate your requested absences from work.

## Leave Snapshot

| | |
|---|---|
| **Leave Number:** NTN-77333-ABS-01 | **Schedule:** Continuous |
| **Start Date:** 02/17/2023 | **Return to Work:** 05/01/2023 |
| *Detailed information regarding the FMLA decision is in the section titled *Your Leave Decision* | |

## Short Term Disability Snapshot

| | |
|---|---|
| **Claim Number:** NTN-77333-GDC-02 | **Approved Thru Date:** 04/30/2023 |
| *Please see the section titled *What We Need From You* | |

## Information About Your Disability Claim

Your physician has released you to return to work on 05/01/2023 and your benefits have been approved through 04/30/2023.

1242-03 | Insurance products are underwritten by the subsidiaries of Unum Group.
© 2023. Unum Group. All rights reserved. Unum is a registered trademark and marketing brand of Unum Group and its insuring subsidiaries.

## What We Need From You

Please let us know if there are any changes or complications within this anticipated recovery time frame. We will need additional information to better understand how your condition impacts your ability to return to work. If you cannot return to work on 05/01/2023 for medical reasons, please have your attending physician(s) provide us with the following medical information:

- The enclosed Office Visit Update Form.
- Medical records (including treatment records, procedure records, physical therapy records and test results) from all treating providers from 03/29/2023 forward.
- Restrictions and limitations (a list of things you should not and cannot do).

The information provided will assist us in the continued evaluation of your claim. A note from your physician stating you are unable to return to work is not considered sufficient medical documentation.

If we have not received the additional information by 06/14/2023 we will make a decision based on the information available to us at that time. Your leave will be reviewed separately. We will notify you if additional information is required to make a leave determination.

## Your Leave Decision

You are eligible and your extended leave is approved as follows:

| Protection | Begin Date | End Date | Schedule | Status |
|---|---|---|---|---|
| FMLA | 03/14/2023 | 03/31/2023 | Continuous | Approved |
| FMLA | 04/01/2023 | 04/30/2023 | Continuous | Approved |

<u>FMLA Designation</u>

As of 04/30/2023, you will have used 10.1500 Weeks of FMLA.

You will have 1.8500 Weeks of FMLA remaining.

This amount includes all approved federal FMLA leave taken within the applicable 12-month period. These totals do not include any requested leave that has not yet been approved and do not reflect entitlement available under any applicable state law or corporate policy.

If you are reporting intermittent absences, you will receive notice every 30 days communicating the amount of FMLA leave taken.

Any leave approved will be designated and counted against your FMLA leave entitlement(s). Any leave not approved will not be designated or counted against your available FMLA leave entitlement(s) and could be treated according to your employer's absenteeism policy.

## How To Contact Us or Obtain More Information

We hope this letter has been clear and helpful to you. If you have any questions or would like to follow the status of your claim, you can do so conveniently through your secure online account at portal.unum.com.

After reviewing your online account, if you should have additional questions, please call us at 1-866-868-6737. Our experienced representatives are available to assist you from 8 a.m. to 8 p.m. EST, Monday through Friday. We will identify your claim by your Social Security number or Claim Number, so please have one of these available when you call.

Sincerely,

*Anna Beth*

Anna Beth
Sr. Life Event Specialist

Enclosures:
Office Visit Update Form
Texas Christian University Important Info

**PLEASE PROVIDE THIS FORM TO YOUR DOCTOR AT YOUR NEXT OFFICE VISIT.**

Please ask your doctor fax this form to **Unum at 1-423-702-3895** immediately following your office visit.
Failure to complete this will not impact your patient's rights under the FMLA.

**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties.

**Patient's Name:** ______________________ **Patient's DOB:** ______________

**Physician's Signature:** ______________________ **Today's Date:** ______________

What is the current course of treatment?

Do you support transitional return to work planning for your patient ☐ Yes ☐ No

---

To help us understand your patient's current functional status please provide the following information:

**Definition of Frequency**: "Occasionally = Activity or condition exists up to 1/3 of the time (0-2/5 hours a day in an 8-hour workday)
"Frequently = Activity or condition exists up to 1/3 of the time (2.5 - 5.5 hours a day in an 8-hour workday)

During an 8-hour day, your patient can:

| | | | | |
|---|---|---|---|---|
| **Sit** | No more than ________ hours at a time. | | Total ________ hours per day | |
| **Walk** | No more than ________ hours at a time. | | Total ________ hours per day | |
| **Stand** | No more than ________ hours at a time. | | Total ________ hours per day | |
| **Lift/Carry** | ☐ no restriction | ________ Lbs. frequently | ________ Lbs. occasionally | |
| **Push/Pull** | ☐ no restriction | ________ Lbs. frequently | ________ Lbs. occasionally | |
| **Reaching upward** | ☐ no restriction | ☐ frequently | ☐ occasionally | ☐ none |
| **Keyboarding** | ☐ no restriction | ☐ frequently | ☐ occasionally | ☐ none |
| **Bend/stoop** | ☐ no restriction | ☐ frequently | ☐ occasionally | ☐ none |
| **Squat/crouch** | ☐ no restriction | ☐ frequently | ☐ occasionally | ☐ none |
| **Climb** | ☐ no restriction | ☐ frequently | ☐ occasionally | ☐ none |

Are there any other restrictions/limitations? Please be specific and understand a reply of "no work" will not be sufficient.

______________________________________________________________________

______________________________________________________________________

How long will these restrictions and limitations be applicable? From:______________ through: ______________

Are the restrictions and limitations permanent? ☐ Yes ☐ No

If accommodations are feasible, do you support your patient's return to work at this time?

☐ Full-time as of _____________

☐ Part-time as of _____________ for ____ hours per day for ____ days per week through ____/____/_______ (DATE)

☐ No

If no, please list the current barriers to returning to work below. Please be specific:

_______________________________________________________________________________________________

_______________________________________________________________________________________________

Estimated date for return to work: ______________________ Date of next office visit: ______________________

If this employee requires any accommodations upon their return to work, please provide these below:

**Please ask your physician to fax a copy of your office visit notes once they are available.**

**How is My FMLA Entitlement Calculated?**
If you are eligible and your leave qualifies, you have the right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as the 12-month period measured forward from the date of your first FMLA leave usage.

**What if I Need Additional Leave?**
If you need an extension of your leave, you should notify Unum. You will be required to provide additional certification of the serious health condition.

**What if I Need Work Place Assistance?**
If your leave request is for your own serious health condition and there is need for workplace assistance, please email FMLA/ADA@tcu.edu immediately for further discussion. Unum assists your Employer in identifying reasonable modifications that may assist you in performing your job. You will receive any future communications about a workplace assistance request in a separate communication.

**How Do I Notify Unum and My Employer of My Return to Work Plans?**
If you are able to return to work sooner than your current estimated return to work date, you should notify Unum and your Employer as soon as practicable.

If your leave is for your own health condition, you will be required to present your employer with a fitness-for-duty certificate as a condition of being restored to employment.

**How Should I Report Intermittent Absences to Unum?**
If you have an intermittent leave, you must notify Unum within 3 business days each time you need to take intermittent leave. Please also notify your supervisor. Otherwise, your leave under the FMLA and/or State leave law, where applicable, may be delayed/denied.

**Do I Need to Use Sick/Vacation While on Leave?**
You **must** use **accrued sick and vacation** during an unpaid FMLA and/or state leave unless otherwise mandated by state law.

Any paid time off used will be counted against your available leave under the FMLA and/or state leave law. Please log into your Employee portal (my.tcu.edu) regarding how much paid time off you have available. After you have exhausted your paid leave, the remainder of your leave will be without pay.

If you are receiving **workers' compensation** you may not use your accrued sick/vacation time after the seven day elimination period is met.

**Will My Benefits Continue While I Am on Leave?**
***Health Insurance:***
During your leave, your employer will continue to pay its portion of your group health insurance premiums and you must pay your share, if any, of the health insurance premiums.

- During paid leave, your share of the premiums will continue to be paid through payroll deductions.
- During unpaid leave, a billing statement will be mailed to your address on file. Payment instructions will be included in the statement, for you to pay your premiums.

**Are There Other Types of Leave Available?**
For information regarding other types of leave possibly available through your employer, please email FMLA/ADA@tcu.edu.