PLAINTIFF'S EXHIBIT
2

**From:** Gooding, Sharon <S.GOODING@tcu.edu>
**Sent:** Thursday, March 2, 2023 9:59:21 AM
**To:** Holland, Leigh <l.holland@tcu.edu>
**Cc:** González, Martha <M.E.GONZALEZ@tcu.edu>
**Subject:** Re: Case File

Morning Leigh,

Thanks for your responses.

Take care of yourself.

Sharon

Sharon F. Gooding, M.Ed, J.D.
Director, Office of Institutional Equity
Harrison Suite 1800
s.gooding@tcu.edu
(817) 257-4748

**CONFIDENTIALITY NOTICE**
**The information in this email is confidential and/or privileged. This email is intended to be reviewed by only the addressee(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, copying, use or storage of this email and it's attachment, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.**

---

**From:** Holland, Leigh
**Sent:** Wednesday, March 1, 2023 5:41 PM
**To:** Gooding, Sharon
**Cc:** González, Martha
**Subject:** RE: Case File

---

**From:** Gooding, Sharon <S.GOODING@tcu.edu>
**Sent:** Tuesday, February 28, 2023 1:31 PM
**To:** Holland, Leigh <l.holland@tcu.edu>
**Cc:** González, Martha <M.E.GONZALEZ@tcu.edu>
**Subject:** Re: Case File

Hi Leigh,

Thanks for your email.

Just a few clarifying questions:

1) Cheryl created boxes for each case but was not sure if all of the evidence that had been forwarded to her reflects all of the evidentiary submissions received from both parties? So, is it safe to assume that is the case? Cheryl has

received evidence that I have received from both parties via email.


As an aside, was all of that evidence submitted also downloaded to the Complaint Drive for each case? or is there any evidence that would be located on your personal drive/email as well? I advised Cheryl to create a box for each parties because of the evidence that I received via email. The Complainant submitted her information in person and Cheryl received that information as well.

2) My understanding is that some witness interviews had been typed up but there aren't any typed notes/summaries in the Complaints folder drive on Atchley (1) or (2) in the draft report or otherwise - please advise if these exist and where they are located? The notes should be imbedded into the preliminary report in the complaint folder under Moore and Atchley There is not any separate notes.

3) Have all witness and party interviews been completed? Yes

4) The email below mentions that sketched notes on the Atchley case are in the "drive folder" - please clarify which drive folder is being referenced... we haven't been able to locate any notes in the Atchley file (1) or (2) that is in Complaint drive. See #2

5) Is there anything on your personal drive that has to do with the Atchley investigation? I don't believe so, honestly I can't remember if It is saved on my desktop or in the complaints folder. The medication has me a little foggy in the head.

I hope this helps.

Including Martha so she is aware of this exchange as her and I have communicated on the need to reach out concerning this case.

Appreciate your help and continuing to wish you well during this time.

Take Care,

Sharon

Sharon F. Gooding, M.Ed, J.D.
Director, Office of Institutional Equity
Harrison Suite 1800
s.gooding@tcu.edu
(817) 257-4748

**CONFIDENTIALITY NOTICE**
**The information in this email is confidential and/or privileged. This email is intended to be reviewed by only the addressee(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, copying, use or storage of this email and it's attachment, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.**

**From:** Holland, Leigh
**Sent:** Monday, February 27, 2023 6:32 PM
**To:** Gooding, Sharon
**Subject:** Case File

Hey Sharon,

Martha informed me that you need information about the case file.

My actual paper files are on my desk in my office.

My sketched notes on the Atchley case are in the drive folder.

Cheryl has already created a box for each case.

Let me know if you need any additional information.