March 31, 2023

Unum
Absence Management Center
Unum
P.O. Box 100158
Columbia, SC 29202-3158

PHONE: 1-866-868-6737
FAX: 1-423-702-3895

PLAINTIFF'S EXHIBIT
3

LEIGH P HOLLAND
1169 NORTH BURLESON BOULEVARD
STE 107
BURLESON TX 76028-8458

FOR:
LEIGH P HOLLAND

CLAIM #:
NTN-77333-GDC-02

POLICY #:
00909236
Unum Life Insurance Company of America

Manage your absence online at anytime.
Log in or register at:
portal.unum.com

Thank you for providing information needed for Unum to evaluate your requested absences from work.

## Leave Snapshot

| | |
|---|---|
| **Leave Number:** NTN-77333-ABS-01 | **Schedule:** Continuous |
| **Start Date:** 02/17/2023 | **Return to Work:** 05/01/2023 |
| *Detailed information regarding the FMLA decision is in the section titled *Your Leave Decision* | |

## Short Term Disability Snapshot

| | |
|---|---|
| **Claim Number:** NTN-77333-GDC-02 | **Approved Thru Date:** 04/30/2023 |
| *Please see the section titled *What We Need From You* | |

## Information About Your Disability Claim

Your physician has released you to return to work on 05/01/2023 and your benefits have been approved through 04/30/2023.

1242-03 | Insurance products are underwritten by the subsidiaries of Unum Group.
© 2023. Unum Group. All rights reserved. Unum is a registered trademark and marketing brand of Unum Group and its insuring subsidiaries.

## What We Need From You

Please let us know if there are any changes or complications within this anticipated recovery time frame. We will need additional information to better understand how your condition impacts your ability to return to work. If you cannot return to work on 05/01/2023 for medical reasons, please have your attending physician(s) provide us with the following medical information:

- The enclosed Office Visit Update Form.
- Medical records (including treatment records, procedure records, physical therapy records and test results) from all treating providers from 03/29/2023 forward.
- Restrictions and limitations (a list of things you should not and cannot do).

The information provided will assist us in the continued evaluation of your claim. A note from your physician stating you are unable to return to work is not considered sufficient medical documentation.

If we have not received the additional information by 06/14/2023 we will make a decision based on the information available to us at that time. Your leave will be reviewed separately. We will notify you if additional information is required to make a leave determination.

## Your Leave Decision

You are eligible and your extended leave is approved as follows:

| Protection | Begin Date | End Date | Schedule | Status |
|---|---|---|---|---|
| FMLA | 03/14/2023 | 03/31/2023 | Continuous | Approved |
| FMLA | 04/01/2023 | 04/30/2023 | Continuous | Approved |

### FMLA Designation

As of 04/30/2023, you will have used 10.1500 Weeks of FMLA.

You will have 1.8500 Weeks of FMLA remaining.

This amount includes all approved federal FMLA leave taken within the applicable 12-month period. These totals do not include any requested leave that has not yet been approved and do not reflect entitlement available under any applicable state law or corporate policy.

If you are reporting intermittent absences, you will receive notice every 30 days communicating the amount of FMLA leave taken.