PLAINTIFF'S EXHIBIT 4

View Worker: Leigh Holland



DALLAS COLLEGE

**Compensation Package** DC Compensation Package
**Grade** Staff Range N05 Salary
**Company** C001 Dallas College

Plan Assignments

| Effective Date | Plan Type | Compensation Plan | Assignment |
|---|---|---|---|
| 02/01/2024 | Salary | Salary Plan | 63,000.00 USD Annually |

## Pay Change History

Pay Change History

| Effective Date | Compensation Action | Reason | Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|---|---|---|
| 02/01/2024 | Hire Compensation | Hire Employee > New Hire > Fill Vacancy | 63,000.00 | 63,000.00 | USD | Annually |

# Benefits

## Benefits

none entered

## My Benefit Election History

Benefit Election History

| Current | Benefits Details | Benefit Event Type | Event Date | Status |
|---|---|---|---|---|

# Pay

## Payslips

Payslip Printing Details

| Company | Payslip Printing Details |
|---|---|
| C001 Dallas College | You do not receive a paper copy of payslips. |

Payslips

| Payment Date | Period Start Date | Period End Date | Company | Gross Amount | Net Amount | View | Print |
|---|---|---|---|---|---|---|---|
| 08/29/2024 | 08/01/2024 | 08/31/2024 | Dallas College | 5,250.00 | 4,314.12 | | |
| 07/30/2024 | 07/01/2024 | 07/31/2024 | Dallas College | 5,250.00 | 4,314.13 | | |
| 06/27/2024 | 06/01/2024 | 06/30/2024 | Dallas College | 5,250.00 | 4,314.12 | | |
| 05/30/2024 | 05/01/2024 | 05/31/2024 | Dallas College | 5,250.00 | 4,314.12 | | |
| 04/29/2024 | 04/01/2024 | 04/30/2024 | Dallas College | 5,250.00 | 4,314.12 | | |
| 03/27/2024 | 03/01/2024 | 03/31/2024 | Dallas College | 5,250.00 | 4,314.13 | | |

# 2023 W-2 and EARNINGS SUMMARY

## W-2 Wage and Tax Statement 2023 — Employee Reference Copy

Copy C for employee's records. OMB No. 1545-0008

| | | | |
|---|---|---|---|
| d Control number: 0000001191 70U | Dept. | Corp.: DAK3 | Employer use only: C S 361 |

c Employer's name, address, and ZIP code
NAVARRO COLLEGE
3200 W 7TH AVE
CORSICANA, TX 75110-4818

e/f Employee's name, address, and ZIP code
LEIGH HOLLAND
701 LISKA RD.
ENNIS, TX 75119

| | |
|---|---|
| b Employer's FED ID number: 75-1217144 | a Employee's SSA number: XXX-XX- |
| 1 Wages, tips, other comp.: 2719.16 | 2 Federal income tax withheld: 169.47 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips: 2966.66 | 6 Medicare tax withheld: 43.02 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan: X / 3rd party sick pay |
| 15 State / Employer's state ID no. | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 3,000.00 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 0.00 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 169.47 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 43.02 |
| STATE INCOME TAX BOX 17 OF W-2 | 0.00 | SUI/SDI BOX 14 OF W-2 | 0.00 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 0.00 | | |

To change your employee W-4 profile information
file a new W-4 with your payroll department

Social Security Number: XXX-XX-0456

LEIGH HOLLAND
701 LISKA RD.
ENNIS, TX 75119

© 2023 ADP, Inc.

PAGE 1 OF 1

Fold and Detach Here

## W-2 Wage and Tax Statement 2023 — Federal Filing Copy

| | |
|---|---|
| 1 Wages, tips, other comp.: 2719.16 | 2 Federal income tax withheld: 169.47 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips: 2966.66 | 6 Medicare tax withheld: 43.02 |
| d Control number: 0000001191 70U / Dept. | Corp.: DAK3 / Employer use only: C S 361 |

c Employer's name, address, and ZIP code
NAVARRO COLLEGE
3200 W 7TH AVE
CORSICANA, TX 75110-4818

| | |
|---|---|
| b Employer's FED ID number: 75-1217144 | a Employee's SSA number: XXX-XX- |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan: X / 3rd party sick pay |

e/f Employee's name, address and ZIP code
LEIGH HOLLAND
701 LISKA RD.
ENNIS, TX 75119

| | |
|---|---|
| 15 State / Employer's state ID no. | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

W-2 Wage and Tax Statement 2023. OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

FOLD AND DETACH HERE

## W-2 Wage and Tax Statement 2023 — State Filing Copy

| | |
|---|---|
| 1 Wages, tips, other comp.: 2719.16 | 2 Federal income tax withheld: 169.47 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips: 2966.66 | 6 Medicare tax withheld: 43.02 |
| d Control number: 0000001191 70U / Dept. | Corp.: DAK3 / Employer use only: C S 361 |

c Employer's name, address, and ZIP code
NAVARRO COLLEGE
3200 W 7TH AVE
CORSICANA, TX 75110-4818

| | |
|---|---|
| b Employer's FED ID number: 75-1217144 | a Employee's SSA number: XXX-XX- |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan: X / 3rd party sick pay |

e/f Employee's name, address and ZIP code
LEIGH HOLLAND
701 LISKA RD.
ENNIS, TX 75119

| | |
|---|---|
| 15 State / Employer's state ID no. | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

W-2 Wage and Tax Statement 2023. OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

FOLD AND DETACH HERE

## W-2 Wage and Tax Statement 2023 — City or Local Filing Copy

| | |
|---|---|
| 1 Wages, tips, other comp.: 2719.16 | 2 Federal income tax withheld: 169.47 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips: 2966.66 | 6 Medicare tax withheld: 43.02 |
| d Control number: 0000001191 70U / Dept. | Corp.: DAK3 / Employer use only: C S 361 |

c Employer's name, address, and ZIP code
NAVARRO COLLEGE
3200 W 7TH AVE
CORSICANA, TX 75110-4818

| | |
|---|---|
| b Employer's FED ID number: 75-1217144 | a Employee's SSA number: XXX-XX- |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan: X / 3rd party sick pay |

e/f Employee's name, address and ZIP code
LEIGH HOLLAND
701 LISKA RD.
ENNIS, TX 75119

| | |
|---|---|
| 15 State / Employer's state ID no. | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

W-2 Wage and Tax Statement 2023. OMB No. 1545-0008
Copy 2 to be filed with employee's City or Local Income Tax Return.