PLAINTIFF'S EXHIBIT
5



# Leigh Holland, MA, BS, AA

(682) 472-5103 | LVS.Holland@gmail.com

## Professional Experience

### Dispute Resolution Mediator 2022-present

***Tarrant County Dispute Resolution Program (DRP)***

Primary function is to facilitate the mediation process for parties to obtain an agreement that is conducive for a favorable outcome.

- Clarify issues, concerns, needs, and interests of all parties involved.
- Listen to the parties, clarify the parties' issues and help the participants negotiate in a flexible, private setting.

### OIE Investigator 2016 - 2023

**Texas Christian University** Fort Worth, TX

Primary function was to investigate actual and alleged policy violations pertaining to Title IX, Title VI, and Title VII of the Civil Right Act of 1964.

- Investigates complaints of discrimination, harassment, sexual harassment, sexual violence, domestic/dating violence, and retaliation.
- Eliminate barriers of discrimination based on race, color, religion, sex and national origin.
- Conduct fact-finding interviews with all levels of employment to provide timely reports and updates.
- Assist the Title IX Coordinator with bias reports of exclusion of participation in educational programs.
- Provide appropriate remedies and/or dismissal recommendations based on violation of policies.
- Collaborate and coordinates with the University Officials to identify and address any systemic problems.
- Assist in the creation and revision of campus policies and procedures regarding sex and/or gender-based, discrimination, sexual harassment and a sexual violence.
- Examine evidence, compile documentation and prepare reports.
- Assists with the development and implementation of comprehensive training programs for students, faculty and staff.
- Mediate all complaints that fall under non-evasive categories of the policy.

### Title IX and Compliance Specialist 2014-2016

**Texas Christian University,** Fort Worth, TX

Primary function was to identify compliance priorities and risk assessments for the University. Advise departments on compliance issues and implementing results.

- Executive mitigation plans and compliance programs for multiple departments.
- Support all Title IX complaints and investigations during the forty-five day period.
- Execute investigation and complaints ensuring policies and procedures are followed.
- Assists in the development of comprehensive training systems on compliance.
- Coordinate submission of various title ix, clery and discrimination reports.
- Serves as the key contact for interim measures, regulations and compliance.
- Maintains web pages for the department.
- Interpret compliance policies and procedures to faculty, staff, and students.
- Assists with day-to-day responsibilities associated with the University's Title VII compliance obligations involving students, faculty, and staff.
- Coordinates updates and expansion of PeopleSoft case management database for the office of Diversity & Inclusion and Title IX.
- Receives, processes, and investigates inquiries and complaints from the campus community and third parties in a timely manner.
- Assists with written investigatory reports, conducts interviews, compile supporting documentation and interacts with internal and external compliance officials (as appropriate).
- Assist with the development and implementation of student based conflict mediations, coordinates, and conducts Alternative Dispute Resolution in conjunction with Human Resources.
- Ensures compliance with Federal, State, and Local laws, and regulations.
- Facilitates EEO/AA programs.

## EEO/AA Program Specialist

**Texas Christian University**, Fort Worth, TX 2012- 2014

Primary function was to facilitate Equal Employment Opportunity and Affirmative Action Programs for the University through the Intercultural Office.

- Interpret compliance policies and procedures to faculty, staff, students
- Advise departments on compliance issues and implementing results
- Maintain multiple budgets

## Executive Assistant 2006-2012

**Texas Christian University,** Fort Worth, TX

Primary function was to support the Chief Inclusion Officer and Senior Advisor to the Chancellor.

- Process and evaluate undergraduate student scholarship applications.
- Support a staff of 12 people and 4 departments.
- Reviews and analyzes budget reports, and prepares and develops budget modifications and recommendations.
- Authorize office purchases for operational supplies.
- Scheduled travel and conference agendas for department chair.
- Built database for daily attendance of incoming faculty, staff and students.
- Organize weekly office meetings for departmental units.
- Prepares and analyzes data for annual reports.
- Advertise workshops and programs designed to educate students on academic changes.
- Recruit, hire, and train part-time student workers on office policy and procedures.
- Supervise multiple student workers for office support.
- Reviewed and made recommendations to improve and streamline processes.

## Chair, College Resource Program

Texas Christian University, Fort Worth, TX 2008-2012

Primary function was to promote college awareness for dependents of employees at Texas Christian University

- Organize senior college night
- Created tutoring program for TAKS preparation
- Organize college tours for middle and high school students
- Recruit tutors for TAKS tutoring
- Manage college resource committee for Staff Assembly
- Inform parents on academic camps and scholarships opportunities

## Admissions Coordinator, Neeley School of Business 2003-2006

Texas Christian University, Fort Worth, TX
Primary function was to coordinate, administer and facilitate the admissions program for the Neeley School of Business.

- Create the event process for Interview Day
- Process over three-hundred applications for eligible students.
- Recruit business entrepreneurs to administer interviews.
- Schedule all MOUS testing (Word, PowerPoint and Excel Testing)
- Compose all correspondence of admission outcomes
- Collaborate and purchase swag from branded venders
- Advise students of degree lockstep options

## Admission Counselor

University of Texas Arlington, Arlington, TX 2001-2003

Primary function was to process newly admitted students application for enrollment.

- Evaluated undergraduate transcripts
- Managed probation and waitlist applicants
- Assisted with walk-in student applications
- Generates letters of admission and/or rejection to students.
- Composes correspondence to answer admission inquiries.
- Manages the application process from receipt of application through evaluation and input, including the determination of residency of some instances.

## Registrar Data Clerk 1998-2001

Tarrant County College, Fort Worth, TX

Primary duties were to evaluate transcripts for consideration-applied credits to TCCD.

- Evaluate incoming transcripts for credit application
- Process transcripts into data system
- Support front counter customer service
- Apply transferred credits to student profile.

## Education

Masters of Art in Conflict Management and Reconciliation
**Abilene Christian University,** Abilene, TX

Bachelors of Science in Communications-Human Relations
Minor- Social Work
**Texas Christian University,** Fort Worth, TX

Associate of Applied Science-Office Administration
**Tarrant County College, Fort** Worth, TX

## Skills & Training

Certified Mediator- Basic & Family

ATIXA Title IX Investigation training

Skills in MS Office and navigation techniques

5 Stage report writing training

## Community Involvement

Inclusiveness and Intercultural Diversity Council

Staff Assembly Council

MLK Day of Service

Senior College Night

Healthy Marriage Healthy lives coalition of Fort Worth

Heart2Heart Marriage Enrichment

Alpha Kappa Alpha Sorority, INC.