PLAINTIFF'S EXHIBIT 6

TEXAS CHRISTIAN UNIVERSITY

Ms. Leigh Holland

On behalf of TCU, I am pleased to provide you with the personal and confidential details of your upcoming pay, scheduled to take effect at the start of our next fiscal year on June 1, 2023. Your base salary amount will be $$7,240.75* per pay period, which equates to an annualized amount of $86,889.00 *.

This amount includes any increase that might have occurred through the university's most recent performance review and salary planning process. Your monetary compensation is a key component of your total compensation package at TCU, and we thank you for your efforts to contribute to a thriving campus community for our students.

As always, I would encourage you to work with your manager or Human Resources if you have questions regarding your compensation or any other aspect of your work life at TCU. Please reference some important information from the Human Resources team included at the bottom of this letter*, and you can always feel free to contact HR directly at askhr@tcu.edu if you need more information.

Thank you again for your service to TCU.

Sincerely,

Daniel Pullin
President

*This information does not reflect any salary changes that may have occurred after April 12, 2023. TCU's paydays will remain unchanged and you can anticipate receiving your paychecks on your typical pay schedule.

Specific questions regarding salary information contained in this letter may be directed to Lara Ellison, at l.ellison@tcu.edu or via telephone at 817-257-5255 or hrcompensation@tcu.edu.

Your employment at TCU is at-will, and is governed by the policies and regulations of the University as stated in the Handbook for Faculty and Staff, available online at www.tcu.edu/files/Faculty-Staff-Handbook.pdf?_ga=2.220083739.309221131.1649363203-35157596.1649181543, as well as the Human Resources policies found on the HR website at https://hr.tcu.edu/current-employees/policies-procedures.php, both of which may be amended periodically. In addition to these resources, individual departments may have additional policies in force. More information is available online at hr.tcu.edu or through your personalized portal at my.tcu.edu.

Please note all pay increases are contingent upon completing the required online compliance

TEXAS CHRISTIAN UNIVERSITY

training modules. If you have not completed the required compliance training as administered by the Office of Compliance, pay increases will not take effect on June 1, 2023. More information is available at www.tcu.edu/compliance/training.php.