**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEIGH HOLLAND** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TEXAS CHRISTIAN UNIVERSITY** | § | **CIVIL ACTION NO.: 4:24-cv-00289-O** |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Leigh Holland ("Plaintiff") hereby files this Appendix in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment.

**LIST OF EXHIBITS**

| Exhibit No. | Description | Page No. |
|---|---|---|
| **1.** | Unum Approval for FMLA leave from February 17, 2023 – May 1, 2023, and stating that as of April 30, 2023, Plaintiff still had 1.8500 weeks of FMLA remaining. | PApp 3-10 |
| **2.** | Email dated February 21, 2023, from Plaintiff's supervisor, Sharon Gooding to Plaintiff. | PApp 11-12 |
| **3.** | Email dated February 21, 2023 (No. 2) from Plaintiff's supervisor, Sharon Gooding to Plaintiff. | PApp 13-14 |
| **4.** | April 27, 2023, Gooding draft Charge/Complaint against Plaintiff addressed to TCU's Chief Human Resource Officer, Chief Inclusion Officer and General Counsel; Def 805-807 | PApp 15-28 |
| **5.** | March 17, 2023, Gooding letter to Plaintiff. Def 346 | PApp 29 |

| | | |
|---|---|---|
| **7.** | Excerpts from the deposition of Dr. Moses Chism attached as Exhibit B Defendant's Motion for Summary Judgment, DApp 114 | PApp 39-51 |
| **8.** | Plaintiff's Declaration as to Facts | PApp 52-58 |

Respectfully submitted,

**KILGORE & KILGORE, PLLC**

By: W. D. Masterson

**W. D. MASTERSON**
State Bar No. 13184000
3141 Hood Street, Suite 500
Dallas, Texas 75219
214-969-9099 - Telephone
214-953-0133 – Facsimile
wdm@kilgorelaw.com

**ATTORNEY FOR PLAINTIFF**
**LEIGH HOLLAND**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on Defendant's counsel of record via E-File and/or email, on this 11th day of February 2025:

Eva W. Turner
OGLETREE, DEAKINS
8117 Preston Road, Suite 500
Dallas, TX 75225
eva.turner@ogletree.com

Molly Ann Lawrence
OGLETREE, DEAKINS
8117 Preston Road, Suite 500
Dallas, TX 75225
mollyann.lawrence@ogletree.com

W. D. Masterson
W. D. Masterson